510 A.2d 337

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**EQUITABLE GAS COMPANY.**

Supreme Court of Pennsylvania.

Argued May 15, 1986.

Decided May 29, 1986.

Paul S. Roeder, for appellant.

Ronald M. Katzman, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.